March 20, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00014-CV

RICHARD A. HYDE, P.E., IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; AND THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, Appellants

V.

HARRISON COUNTY, TEXAS, Appellee

This cause, an appeal from the judgment in favor of appellants, Richard A. Hyde, P.E., in his official capacity as Executive Director of the Texas Commission on Environmental Quality, and the Texas Commission on Environmental Quality, signed, October 16, 2023, was heard on the appellate record. We have inspected the record and heard oral arguments. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment affirming the Commission's Order.

We further order that all costs incurred by reason of this appeal be paid by appellee, Harrison County, Texas.

We further order this decision certified below for observance.

Judgment Rendered March 20, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Scott Field.